**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Cassondra Jo Prather; fka Cassondra Jo Slater |
| Debtor 2 (Spouse, if filing) | Cory Lanette Prather |
| United States Bankruptcy Court for the: | Southern District of Iowa (State) |
| Case number | 19-01522-lmi13 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation     **Court claim no.** (if known): _____ 15-1 _____

**Last 4 digits** of any number you use to identify the debtor's account:     8   2   6   4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

❑ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 8/13/2019: Proof of Claim/Plan Review | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ _____ |
| 11. Other.  Specify:_____ | | (11) | $ _____ |
| 12. Other.  Specify:_____ | | (12) | $ _____ |
| 13. Other.  Specify:_____ | | (13) | $ _____ |
| 14. Other.  Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Cassondra Jo Prather
_____
First Name    Middle Name    Last Name

Case number *(if known)*  19-01522-lmj13
_____

---

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
_____
Signature

Date  11 / 06 / 2019

Print:    D. Anthony Sottile
_____
First Name    Middle Name    Last Name

Title  Authorized Agent for Creditor

Company    Sottile & Barile, LLC
_____

Address    394 Wards Corner Road, Suite 180
_____
Number    Street
Loveland, OH 45140
_____
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

---

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial
Corporation
ATTN: PAYMENT
PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE** ███████

**DATE**  08/13/2019

**S&B FILE NUMBER**
████████

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prather, Cassondra ████████ Proof of Claim and Plan Review | 1 | 650.00 | 650.00 |

BALANCE DUE     **$650.00**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

In Re:                                    Case No. 19-01522-lmj13

Cassondra Jo Prather
 *fka* Cassondra Jo Slater                Chapter 13
Cory Lanette Prather

Debtors.                                  Judge Lee M. Jackwig

---

## CERTIFICATE OF SERVICE

I certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

        Christopher M Soppe, Debtors' Counsel
        chris@pioneerlawoffice.com

        Carol F Dunbar, Chapter 13 Trustee
        ssteffen@iowachapter13.com

        Office of the United States Trustee
        ustpregion12.dm.ecf@usdoj.gov

I further certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

        Cassondra Jo Prather, Debtor
        1518 Meadow Brook Court
        Davenport, IA 52804

Cory Lanette Prather, Debtor
1518 Meadow Brook Court
Davenport, IA 52804

Dated: November 6, 2019

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com